TAUSCHER v. GRAFF. (Supreme Court, Appellate Division, First Department. November 10, 1905.) Action by Johanna G. Tauscher against Clarence L. Graff. No opinion. Motion dismissed, with $10 costs.

TAFT v. LITTLE. (Supreme Court, Appellate Division, First Department. October 13, 1905.) Action by Theodore M. Taft against William M. Little. No opinion. Appeal dismissed, with $10 costs.

TAYLOR, Respondent, v. TAYLOR, Appellant. (Supreme Court, Appellate Division, Second Department. October 12, 1905.) Action by Isabelle Taylor against Arthur O. Taylor. No opinion. Order affirmed, with $10 costs and disbursements.

THOMPSON v. ERIE R. CO. (Supreme Court, Appellate Division, Fourth Department. July 6, 1905.) Action by James S. Thompson, as, etc., against the Erie Railroad Company. No opinion. Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted.

THOMPSON, Appellant, v. OLD DOMINION S. S. CO., Respondent. (Supreme Court, Appellate Division, First Department. November 10, 1905.) Action by John Thompson against the Old Dominion Steamship Company. F. Pierce, for appellant. F. D. Sturges, for respondent. No opinion. Judgment and order affirmed, with costs.

THORNTON, Respondent, v. CITY OF AUBURN, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 6, 1905.) Action by Edwin L. Thornton against the city of Auburn. No opinion. Judgment affirmed, with costs.

TIETZ, Respondent, v. INTERNATIONAL RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 6, 1905.) Action by Frederick W. Tietz against the International Railway Company.

PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, P. J., and STOVER, J., dissent.

In re TIFFANY. (Supreme Court, Appellate Division, First Department. October 13, 1905.) In the matter of Charles L. Tiffany. No opinion. Motion granted, with $10 costs.

TILTON, Respondent, v. MURRAY, Appellant, et al. (Supreme Court, Appellate Division, First Department. November 10, 1905.) Action by Harriet A. Tilton against John B. Murray, impleaded. D. Murray, for appellant. H. L. Scheuerman, for respondent. No opinion. Judgment affirmed, with costs.

In re TILT'S ESTATE. (Supreme Court, Appellate Division, First Department. July 7, 1905.) In the matter of the estate of Albert Tilt deceased. W. G. Wilson, for appellant. G. M. Judd, for respondent.

PER CURIAM. Order affirmed, with costs.

PATTERSON and INGRAHAM, JJ., dissent.

TOWNSEND v. CITY OF NEW YORK et al. (Supreme Court, Appellate Division, Second Department. July 27, 1905.) Action by Mary L. Townsend against the city of New York and others. No opinion. Judgment and order unanimously affirmed, with costs.

TRAILL, Respondent, v. SCOTT et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 29, 1905.) Action by Weld G. Traill against James Scott and another.

PER CURIAM. Motion to dismiss appeal granted, with $10 costs, unless the appellant shall, within 20 days from the date of service of a copy of this order, together with notice of entry thereof, file and serve the printed papers on appeal, as provided by rule 41, and pay to the respondent's attorney $10 costs of this motion, in which event said motion is denied, without costs.

TRAISTER, Respondent, v. WYKER, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 15, 1905.) Action by Charles A. Traister against Fred Wyker. No opinion. Judgment and order affirmed, with costs.

TRIEST et al., Respondents, v. VASSAR et al., Appellants. (Supreme Court, Appellate Division, Second Department. August 31, 1905.) Action by Hans Triest and Emil Apreck against George Vassar, Jr., and Jules J. Vatable. No opinion. Judgment and order affirmed, with costs.

TROW DIRECTORY & PRINTING CO., Respondent v. GEORGE V. BLACKBURNE CO., Appellant (two cases). (Supreme Court, Appellate Division, First Department. November 10, 1905.) Actions by the Trow Directory & Printing Company against the George V. Blackburne Company. G. F. Maguire, for appellant. A. Opdyke, for respondent. No opinion. Judgments affirmed, with costs.

TRULEY v. METROPOLITAN ST. R. CO. (Supreme Court, Appellate Division, First Department. November 10, 1905.) Action by Charles A. Truley against the Metropolitan Street Railroad Company. No opinion. Motion denied, with $10 costs.

TRUMBULL, Respondent, v. PALMER et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 16, 1905.) Action by Lena M. Trumbull against F. B. Palmer, as president, etc., and others. No opinion. Motion to resettle order granted.